RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LAUREN GORMAN
Assistant Federal Public Defender
102 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451
(775) 784-5169 (Fax)

Attorneys for Defendant,
ALEJANDRO REYES-RAMIREZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO REYES-RAMIREZ,<br><br>Defendant. | 3:14-cr-0065-RCJ-WGC<br><br>STIPULATION FOR RELEASE OF PASSPORT FOR ONE DAY ONLY, JULY 1, 2015<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and James Keller, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Lauren Gorman, Assistant Federal Public Defender, counsel for ALEJANDRO REYES-RAMIREZ, that Mr. Reyes' passport be released to him for one day only, July 1, 2015. We respectfully request permission to file Exhibit A under seal as it contains Mr. Reyes' address.

This Stipulation is entered into for the following reasons:

Pretrial Services Officer Jennifer Simone has advised counsel for the government and the defense that Mr. Reyes has an appointment on July 1, 2015 with United States Citizenship and Immigration Services (USCIS) in Reno, Nevada to have his biometrics taken. (Exhibit A; under seal)

Mr. Reyes is required to bring a form of identification to the appointment.

The only form of identification Mr. Reyes has is a Mexican passport currently in the custody of Pretrial Services.

Counsel for the government and the defense stipulate and agree that Pretrial Services may release the passport at issue for one day only, July 1, 2015, so that Mr. Reyes may present his identification to USCIS.

Pretrial Services does not oppose this request.

DATED: June 23, 2015.

By: _/s/ Lauren Gorman_  
LAUREN GORMAN,  
Assistant Federal Public Defender  
Counsel for Alejandro Reyes-Ramirez

By: _/s/ James Keller_  
JAMES KELLER  
Assistant United States Attorney  
Counsel for Plaintiff

By: _Alejandro Reyes Ramirez_  
ALEJANDRO REYES-RAMIREZ

**IT IS SO ORDERED:**

_____  
UNITED STATES DISTRICT JUDGE

DATED:___June 25, 2015_____

# EXHIBIT A